# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>VG Liquidation, Inc., *et al.*,[1]<br>                        Debtors. | Chapter 11<br>Case No. 18-11120 (JTD)<br>Jointly Administered |
| THOMAS A. PITTA, LIQUIDATING TRUSTEE OF THE VG LIQUIDATING TRUST,<br>                        Plaintiff,<br>        v.<br>ANDREW R. VARA, IN HIS OFFICIAL CAPACITY AS THE UNITED STATES TRUSTEE FOR REGION 3; TARA TWOMEY, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES; AND THE UNITED STATES TRUSTEE PROGRAM,<br>                        Defendants. | Adversary No. 22-50416 (JTD)<br><br>**Re: Adv. Pro. No. 24** |

## NOTICE OF AMENDED[2] AGENDA OF MATTER SCHEDULED FOR ORAL ARGUMENT ON APRIL 27, 2023 AT 2:00 P.M. BEFORE THE HONORABLE JOHN T. DORSEY

> **THIS IS AN IN-PERSON HEARING. ALL PARTICIPANTS ARE REQUIRED TO APPEAR IN PERSON UNLESS PERMITTED TO APPEAR BY ZOOM.**
>
> **Remote participation is permitted for: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. Zoom participants must register by no later than two hours prior to the hearing. After registering, you will receive a confirmation email containing information about joining the meeting.**
> **Zoom registration link:**
> **https://debuscourts.zoomgov.com/meeting/register/vJItceyvrD4vEhPv2FxxXz3vt0sdGITsf6s**

## ORAL ARGUMENT

---

[1] The "Debtors" in these cases, along with the last four digits of each Debtor's federal tax identification number, are: VG Liquidation, Inc. (f/k/a Videology, Inc.) (2191), VG MT Liquidation LLC (f/k/a Videology Media Technologies, LLC) (6243), and VG Liquidation Ltd. (f/k/a Videology Ltd.), a company organized under the laws of England and Wales. The address of the Debtors' corporate headquarters is 145 West Ostend Street, Suite 623, Baltimore, MD 21230.

[2] **Amendments appear in bold print.**

1.  Order Scheduling Oral Argument (Entered April 4, 2023) [Adv. Docket No. 21]

    Related Documents:

    (a) Defendants' Motion to Dismiss the Complaint (Filed November 26, 2022) [Adv. Docket No. 7]

    (b) Defendants' Memorandum of Law in Support of Motion to Dismiss (Filed November 26, 2022) [Adv. Docket No. 8]

    (c) Brief in Opposition to Defendants' Motion to Dismiss the Complaint (Filed January 6, 2023) [Adv. Docket No. 14]

    (d) Defendants' Reply in Support of Motion to Dismiss (Filed January 27, 2023) [Adv. Docket No. 15]

    (e) Request for Oral Argument (Filed January 31, 2023) [Adv. Docket No. 16]

    (f) Defendants' Request for Oral Argument (Filed January 31, 2023) [Adv. Docket No. 17]

    (g) Notice of Completion of Briefing (Filed February 10, 2023) [Adv. Docket No. 18]

    (h) Letter to The Honorable John T. Dorsey re: In re: Circuit City Stores, Inc., et al. Remand Decision (Filed April 10, 2023) [Adv. Docket No. 22]

    Status: This matter will be going forward.

Dated: April 25, 2023             **COLE SCHOTZ P.C.**

                                  */s/ G. David Dean*
                                  G. David Dean (No. 6403)
                                  Patrick J. Reilley (No. 4451)
                                  500 Delaware Avenue, Suite 1410
                                  Wilmington, DE 19801
                                  Telephone: (302) 652-3131
                                  Facsimile: (302) 652-3117
                                  ddean@coleschotz.com
                                  preilley@coleschotz.com

                                  Irving E. Walker (admitted *pro hac vice*)
                                  H.C. Jones (admitted *pro hac vice*)
                                  300 East Lombard Street, Suite 1111
                                  Baltimore, MD 21202
                                  Telephone: (410) 230-0660
                                  Facsimile: (410) 230-0667
                                  iwalker@coleschotz.com
                                  hjones@coleschotz.com

– and –

**POTTER ANDERSON & CORROON LLP**
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
1313 North Market Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
csamis@potteranderson.com
kgood@potteranderson.com
astulman@potteranderson.com

*Counsel to Liquidating Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>VG Liquidation, Inc., *et al.*,<br>          Debtors. | Chapter 11<br>Case No. 18-11120 (JTD)<br>Jointly Administered |
| THOMAS A. PITTA, LIQUIDATING TRUSTEE OF THE VG LIQUIDATING TRUST,<br>          Plaintiff,<br>   v.<br>ANDREW R. VARA, IN HIS OFFICIAL CAPACITY AS THE UNITED STATES TRUSTEE FOR REGION 3; TARA TWOMEY, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES; AND THE UNITED STATES TRUSTEE PROGRAM,<br>          Defendants. | Adversary No. 22-50416 (JTD) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, a true and correct copy of **Notice of Amended Agenda of Matter Scheduled for Oral Argument on April 27, 2023 at 2:00 p.m. Before The Honorable John T. Dorsey** was served upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was completed via electronic mail on the following parties:

| | |
|---|---|
| Benjamin Hackman<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Benjamin.A.Hackman@usdoj.gov | Beth A. Levene<br>Department of Justice<br>Executive Office for United States Trustees<br>441 G St., NW, Suite 6150<br>Washington, D.C. 20530<br>beth.a.levene@usdoj.gov |

Dated: April 25, 2023
    Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ G. David Dean*
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: ddean@coleschotz.com

*Counsel to Liquidating Trustee*

59966/0001-45003967v2